**Opinion issued November 21, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00999-CV

————————————

## IN RE TIMOTHY P. MARTIN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relator Timothy P. Martin seeks a writ of

mandamus to compel the trial court to rule on a "motion to re-open the case" and a

motion to recuse the trial court judge that relator filed after the trial court dismissed his suit.[1]  We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[1]    The underlying proceeding is *Timothy P. Martin v. Tyler County*, No. 68119I, in the 23rd District Court, Brazoria County, Texas, the Honorable Ben Hardin, presiding.